499 A.2d 1064

**EAST TORRESDALE CIVIC ASSOCIATION**

v.

**ZONING BOARD OF ADJUSTMENT OF the CITY OF PHILADELPHIA**

**and**

**Appeal of James FLANNERY.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1985.

Decided Nov. 7, 1985.

John P. Koopman, Langhorne, for appellant.

Richelle D. Hittinger, Philadelphia, for East Torresdale Civic Assoc., Barbara W. Mather, City Sol., Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.